AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

ROYAL CARIBBEAN CRUISES LTD.

*Plaintiff(s)*

v.     Civil Action No. 19-CV-61708

CATCH ALL INVESTMENTS, LLC,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    CATCH ALL INVESTMENTS, LLC
    c/o Mr. Cory Lamay, as Registered Agent
    151 SE 12th CT
    Pompano Beach, FL 33060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Royal Caribbean Cruises Ltd.
    c/o Ernesto M. Rubi, Esq.
    1050 Caribbean Way, Suite 577
    Miami, FL 33132
    erubi@rccl.com
    Tel.: 305.420.7627

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Jul 12, 2019

s/ Valerie Martinez
Deputy Clerk
U.S. District Courts