UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61708-CIV-ALTMAN/Hunt

**ROYAL CARIBBEAN CRUISES LTD**,

 Plaintiff,
v.

**CATCH ALL INVESTMENTS, LLC**,

 Defendant.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 7]. Having carefully reviewed the record, the Court hereby **ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Except as otherwise agreed by the parties, each party shall bear its own fees and costs. The Clerk shall **CLOSE** this case, all deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, ~~Florida, this~~ 23rd day of August 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record